JIPYONG LLC
Jinhee Kim (CA Bar No. 238928)
26F, Grand Central A, 14 Sejong-daero
Jung-gu, Seoul 04527, Republic of Korea
Telephone: (213) 321-2479, +82-2-6200-1782
Facsimile: +82-2-6200-0811
jinheekim@jipyong.com

Attorney for Non-Party John Doe Movant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF THE BORN KOREA, CO. LTD.,<br><br>Applicant | CASE NO. 5:25-mc-80388-PCP<br><br>**DECLARATION OF JINHEE KIM IN SUPPORT OF NON-PARTY JOHN DOE MOVANT'S MOTION TO QUASH SUBPOENA TO GOOGLE LLC** |

DECLARATION OF JINHEE KIM ISO MOTION TO QUASH SUBPOENA

I, Jinhee Kim, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and currently serve as counsel for Non-Party John Doe Movant ("Doe") in this matter.  This declaration is submitted in support of Doe's Motion to Quash Subpoena to Google LLC filed concurrently with this declaration (The "Motion").  The Motion seeks to quash the subpoena (the "Subpoena") that The Born Korea, Co. Ltd. ("The Born Korea") allegedly issued to Google LLC ("Google") after the Court granted, on January 23, 2026, its *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings filed on December 17, 2025 (Dkt. 1; the "Application").

2.    The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

3.    Doe    is    the    creator    of    the    YouTube    channel    located    at https://www.youtube.com/@arazzi (the "YouTube Channel").  Doe is referred to as "User 2" in paragraph 11 of Declaration of Wonkyeong Kim dated December 17, 2025 submitted by The Born Korea, Co. Ltd. ("The Born Korea") in support of the Application (Dkt. 1-1; "WK Decl.").

4.    Attached herewith as Exhibit A is a PDF printout of the Description page of the YouTube Channel, which I caused to be captured on February 20, 2026.

5.    Attached herewith as Exhibit B is a true and accurate copy of the email sent from LIWU Law Group to Doe's email address, arazzi359@gmail.com, on June 13, 2025 (Seoul time). Attached herewith as Exhibit C is a true and accurate copy of the letter from LIWU Law Group to Doe dated June 13, 2025 that was attached to the email.

6.    Attached herewith as Exhibit D is a PDF printout of the YouTube page located at https://www.youtube.com/watch?v=Jsi9Uk-Do-o, which I caused to be captured on February 20, 2026 (Seoul time).  The video that was located at this address is referred to as "Video 3" in paragraph 12 of WK Decl.

7.    Attached herewith as Exhibit E is a PDF printout of the YouTube page located at https://www.youtube.com/watch?v=kO1NthtzLdU, which I caused to be captured on February 20, 2026 (Seoul time).  The video that was located at this address is referred to as "Video 4" in paragraph 13 of WK Decl.

DECLARATION OF JINHEE KIM ISO MOTION TO QUASH SUBPOENA

8.    Attached herewith as Exhibit F is a true and accurate copy of the email sent from Kyongsok Chong of LIWU Law Group to Doe's email address, arazzi359@gmail.com, on June 20, 2025 (Seoul time).  Personal information of an employee of The Born Korea that was included in this email has been redacted from Exhibit F.

9.    Attached herewith as Exhibit G is a true and accurate copy of the email sent from Google Legal Investigations Support to Doe on February 3, 2026 (Seoul time).

10.    Attached herewith as Exhibit H is a PDF printout of Google's Transparency Report titled "Global requests for user information,"[1] showing the percentage of requests from the Korean government where some information was disclosed, which I caused to be captured on February 22, 2026.

11.    Attached herewith as Exhibit I is a PDF printout of the Korean text and the English translation of Articles 3 and 4 of Korea's Personal Information Protection Act, which I caused to be captured on February 22, 2026 from the Korea Legislation Research Institute's website.[2]

12.    To the best of my knowledge, Doe has not received a copy of the Subpoena from either The Born Korea or Google to date.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this declaration on February 23, 2026 in Seoul, Republic of Korea.

Dated: February 23, 2026

_____
Jinhee Kim
**JIPYONG LLC**
*Attorney for*
*Non-Party John Doe Movant*

---

[1] https://transparencyreport.google.com/user-data/overview?hl=en&user_data_produced=authority:KR;series:compliance&lu=user_data_produced.

[2] https://elaw.klri.re.kr/kor_service/lawView.do?hseq=62389&lang=KOR.

# EXHIBIT A

아라보쟈 - YouTube

Search

Create

아라보쟈

**아라보쟈**                                    ✕

@arazzi · 45.3K subscribers · 3

📌 최근 이슈들에 대한 여러가지 이

Subscribe

### Description
📌 최근 이슈들에 대한 여러가지 이야기 💬

### More info

✉️    View email address

▶️    www.youtube.com/@arazzi

🌐    South Korea

ⓘ    Joined Jan 23, 2022

👥    45.3K subscribers

▶️    366 videos

📈    26,110,123 views

↪ Share channel        🚩 Report user

Shorts    Playlists    Posts






It's funny how they self-destruct over the issue of…
454K views · 1 year ago

넌 ㄱ
415

면 뚝ㅇ
ews



n's

Current situation of Galoa ㄷ ㄷ
24K views · 7 months ago

Husbands must see this news
25K views · 7 months ago

오킹 시즌2 ㅋㅋ
262K views · 8 months ago

동파민 이대..
25K views · 9

▷ **시리즈**    ▶ Play all



ㅜ

뿌리가 지목한 가해자 정체
아라보쟈
201K views · 2 years ago

남자라서 당했다
아라보쟈
182K views · 11 months ago

결국 디즈니 CEO도 빡쳤다
아라보쟈
163K views · 2 years ago

한숨만 나오…
아라보쟈
158K views ·

# EXHIBIT B

## 이용익(LEE YONG IK)

| | |
|---|---|
| **From:** | LIWU(송무) <litigation@liwulaw.com> |
| **Sent:** | Friday, June 13, 2025 2:53 PM |
| **To:** | arazzi359@gmail.com |
| **Cc:** | 정경석 |
| **Subject:** | [법무법인 리우] 더본코리아(백종원)-경고장 |
| **Attachments:** | 경고장(더본코리아-아라보쟈)250613.pdf |

안녕하세요,
법무법인 리우입니다.

법무법인 리우(정경석 변호사)는 더본코리아(백종원)를 대리하여 별첨과 같이 귀하에게 경고장을
보내오니,
경고장에 요청한대로 즉시 이행해 주시기 바랍니다.

감사합니다.

### LIWU Law Group

**송무팀**

A.     서울 서초구 반포대로 138, 3 층, 5 층(서초동, 양진빌딩)

**Disclaimer**
지정된 수신인만이 본 E-mail 과 첨부 자료를 이용할 수 있습니다. 또한 본 E-mail 과 첨부자료는 임의로 공개되어선 안되며, 어떠한 경우에도 무단 이용, 공개 및 배포가 허용되지
않습니다. 귀하가 지정된 수신인이 아니라면 즉시 발송인에게 회신 E-mail 로 이와 같은 사실을 알려주신 후 본 E-mail 과 첨부자료를 완전히 삭제하여 주시기 바랍니다.

# EXHIBIT C

# LIWU

## Law Group

06595  서울 서초구 서초구 반포대로 138 양진빌딩 3, 5층
telephone 82 2 524 9600    facsimile 82 2 524 9696
www.liwulaw.com    litigation@liwulaw.com

2025년  6월  13일

수    신:   아라보쟈 운영자
전자우편주소: arazzi359@gmail.com

발    신:   법무법인 리우    [담당변호사 정경석<대표발신인>, 허성훈, 진형석]
서울 서초구 반포대로 138 양진빌딩 3층, 5층
전화: 02-524-9600, E-mail: litigation@liwulaw.com
의뢰인: 주식회사 더본코리아, 백종원

제    목:   영상물 삭제 및 게시 중단 요청 및 경고의 건

---

1. 당 법무법인은 발신의뢰인들을 대리하여 그 위임을 받아 귀하에게 아래와 같이 요청 및 경고를 드립니다.

2. 귀하가 운영하고 있는 유튜브 채널 "아라보쟈(www.youtube.com/@arazzi, 이하, "본건 채널")에, 귀하는 최근 2025년 4월경부터 발신의뢰인들을 비방할 목적으로 허위사실이 포함된 영상물과 게시물 약 50여개를 본건 채널에 게시하면서, 발신의뢰인들에 대한 명예훼손과 업무방해를 계속하고 있습니다.

3. 당 법무법인은 그간 사이버 레카(Cyber Wrecker) 유튜브 채널의 대명사로 알려진 "탈덕수용소"와 "빽가" 등 익명의 유튜브 채널 운영자의 신원을 확인하여 이에 대한 민형사상 책임을 부담시킨 국내 최초의 법무법인으로서, 이외

1/3

LIWU
Law Group

에도 다수의 익명 유튜브 채널 및 해외 플랫폼 계정 운영자의 신원을 지속적으로 확보하여 법적 책임을 묻고 있으며, 귀하의 행위 또한 이들과 유사한 유형의 심각한 위법행위에 해당하는 것으로 판단하고 있습니다.

4. 당 법무법인은 발신의뢰인들의 위임을 받아 귀하를 상대로 한 신원확인소송, 즉, 미국 법원에 디스커버리 절차를 진행하여 귀하의 신원확인과 이에 대한 민형사 소송을 진행하는 준비를 하고 있습니다. 다만, 이에 앞서 귀하에게 요청 및 경고 드리는 바는, <u>귀하가 발신의뢰인들과 관련되어 본건 채널에 게시한 영상물과 게시물들을 (1) 본 공문을 수령하는 즉시 삭제 및 비공개처리하고, (2) 더 이상 추가로 관련 영상물과 게시물을 게시하지 않을 것과 (3) 본건 채널 커뮤니티에 사과문을 게시할 것을 요구합니다. 특히, 사과문에는 (2)의 내용이 포함되어야 하며, 이는 본 메일 수령 후 3일 이내에 이행되어야 합니다. 위 기한 내에 조치가 이행되지 않을 시, 발신의뢰인들은 귀하를 상대로 즉시 소송을 개시할 것</u>입니다.

5. 당 법무법인과 발신의뢰인들은 귀하가 발신의뢰인들의 명예를 훼손하고 업무를 방해하는 등의 불법행위에 대한 모든 증거자료(동영상 등 관련 자료)를 채증하여 확보하고 있으므로, 귀하가 영상물과 게시물을 모두 삭제한다고 하더라도, 발신의뢰인들이 귀하를 상대로 신원확인소송 및 법적 조치를 취하는 데에는 전혀 지장이 없습니다. 다만, 귀하가 지금이라도 발신의뢰인들과 관련된 영상물 및 게시물을 자발적으로 삭제하고, 제4항의 각 요구사항을 성실히 이행할 경우, 이는 분쟁의 조속한 해결과 원만한 종결을 위한 바람직한 조치로 판단됩니다.

6. 본 공문의 내용과 관련하여 문의사항이 있으시면 당 법무법인의 담당변호사(정경석 변호사, 02-524-9600, litigation@liwulaw.com)에게 연락 주시기 바랍니다.

LIWU
Law Group

법무법인 리우

담당변호사 　정 　경 　석

담당변호사 　허 　성 　훈

담당변호사 　진 　형 　석

# EXHIBIT D



# EXHIBIT E



Private video

Sign in if you've been granted access to this video

Sign in

**This is a private video. Please sign in to verify that you may see it.**

# EXHIBIT F

# 이용익(LEE YONG IK)

**From:** Kyongsok Chong <kschong@liwulaw.com>
**Sent:** Friday, June 20, 2025 8:06 PM
**To:** arazzi359@gmail.com
**Subject:** Re: [법무법인 리우] 더본코리아(백종원)-경고장


유튜브 채널 아라보쟈 운영자님께,

당 법무법인이 발신의뢰인 (주)더본코리아를 대리하여 발송한 2025. 6. 13.자 경고장에서 요청드린 대로 조속히 이행해 주셔서 감사합니다. 다만, 발신의뢰인인 (주)더본코리아는 귀하의 게시물로 인해 기존에 발생한 그리고 회복할 수 없는 사회적 비난 및 명예훼손, 그리고 그로 인한 가맹점 등의 엄청난 영업상 손실과 피해에 대해 중대한 유감을 표하고 있는바, 귀하의 위와 같은 이행행위만으로는 사건이 종결될 수 없다는 입장이며, 향후 유사한 사태의 재발을 방지하기 위하여 좀더 책임 있는 조치를 취할 필요가 있다고 판단하고 있습니다. 따라서 이와 관련하여서는, 아래 (주)더본코리아의 담당자에게 연락하여 추가적인 후속절차와 대책을 논의하시기 바랍니다. 참고로, (주)더본코리아는 아직 본 사건을 최종적으로 종결되었다고 판단하고 있지 않으며, 귀하가 2025. 6. 30.까지 추가적인 후속절차에 협조하지 않을 시에는, (주)더본코리아에서 별도로 민형사상 책임을 묻는 법적 조치도 고려하고 있음을 알려드립니다.

– 담당자: (주)더본코리아 ███████
– 연락처: ████████████
– 이메일: ████████████████

2025 년 6 월 13 일 (금) 오후 2:53, LIWU(송무) <litigation@liwulaw.com>님이 작성:

안녕하세요,

법무법인 리우입니다.

법무법인 리우(정경석 변호사)는 더본코리아(백종원)를 대리하여 별첨과 같이 귀하에게 경고장을 보내오니,

경고장에 요청한대로 즉시 이행해 주시기 바랍니다.

감사합니다.


**LIWU Law Group**

**송무팀**
A. 서울 서초구 반포대로 138, 3 층, 5 층(서초동, 양진빌딩)

**Disclaimer**
지정된 수신인만이 본 E-mail 과 첨부 자료를 이용할 수 있습니다. 또한 본 E-mail 과 첨부자료는 임의로 공개되어선 안되며, 어떠한 경우에도 무단 이용, 공개 및 배포가 허용되지 않습니다. 귀하가 지정된 수신인이 아니라면 즉시 발송인에게 회신 E-mail 로 이와 같은 사실을 알려주신 후 본 E-mail 과 첨부자료를 완전히 삭제하여 주시기 바랍니다.

# EXHIBIT G

**이용익(LEE YONG IK)**

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **Sent:** | Tuesday, February 3, 2026 6:47 AM |
| **To:** | lis-noreply@google.com |
| **Subject:** | Subpoena Notice from Google (Internal Ref. No. 123881952) |



Hello,

Google has received a subpoena for information related to your Google account in a case entitled *In re Ex Parte Application of The Born Korea, Co. Ltd.*, United States District Court for the Northern District of California, 25-mc-80388-PCP.

**This email serves as notice to you that Google may produce information related to your Google account in response to this subpoena unless you email a file-stamped copy of a motion to quash to google-legal-support@google.com by 10 a.m. Pacific Time on February 23, 2026.**

To make sure that we receive a copy of what you filed with the court, please attach it in reply to this email. Please also include in your reply our Google Internal Reference No. 123881952.

Google, however, cannot give you legal advice about this matter or advise you on what to do here. If you have questions about the subpoena, you can contact an attorney or contact the party or the lawyer who served the subpoena on Google at:

Carlos M. Taitano (Taitano & Taitano LLP)

(P) 671-777-0581

Regards,

Google Legal Investigations Support
Google Internal Ref. No.123881952



You received this announcement to update you about important information in regards to your Google account.
© 2019 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

# EXHIBIT H

Google  Transparency Report

**Reports**    About Us

Global requests    Enterprise requests    US national security requests

# Global requests for user information

A variety of laws allow government agencies around the world to request user information for civil, administrative, criminal, and national security purposes. In this Global requests report, we share information about the number and type of requests we receive from government agencies where permitted by applicable laws. Requests from US authorities using national security laws are not included in these Global requests and are instead reported separately with our US national security requests .

## Requests by reporting period

Every six months, we report the number of requests made by governments for user information, and the number of accounts subject to those requests. Learn more about our approach to these requests and certain limitations to this report.

Global



All countries/regions ▼    All time ▼

## Percentage of requests where some information is disclosed

South Korea



South Korea ▼

## Diplomatic legal requests

This exhibit shows the number of requests for user information that we can identify as having been issued through diplomatic procedures. These include, for example, requests from the government of one country to another through a mutual legal assistance treaty.

All countries/regions requesting assistance ▼      All countries whose assistance is requested ▼      All time ▼

Diplomatic legal requests

# 3,413

## How Google handles government requests for user information

We carefully review each request to make sure it satisfies applicable laws. If a request asks for too much information, we try to narrow it, and in some cases we object to producing any information at all. You can see the full policy at policies.google.com/terms/information-requests

For more about the Transparency Report and requests for user information, see our frequently asked questions. For information about the Electronic Communications Privacy Act, known as ECPA, see frequently asked questions about United States Legal Process. For information about geofence warrants in the United States, see our supplemental information.

# Download the data

We share this information to draw attention to the laws and legal processes around the world that affect access to information online.

**Download report data** ⬇

Learn about the ways that laws impact government access to your information online. 🖉

| Transparency Report | Transparency Resources | About our products | Responsibility |
|---|---|---|---|
| Home | Ads Transparency Center | How Search Works | Public Policy |
| About Us | | How YouTube Works | Protecting Children |
| FAQ | Transparency Center | Help Center | Safety Center |
| | | | Responsible AI |

Google

❓ Help     Privacy     About Google     Send feedback          English    ▼

# EXHIBIT I

Act No. 10465, Mar. 29, 2011
Amended by Act No. 11690, Mar. 23, 2013
Act No. 11990, Aug.  6, 2013
Act No. 12504, Mar. 24, 2014
Act No. 12844, Nov. 19, 2014
Act No. 13423,  Jul. 24, 2015
Act No. 14107, Mar. 29, 2016
Act No. 14765, Apr. 18, 2017
Act No. 14839,  Jul. 26, 2017
Act No. 16930, Feb.  4, 2020
Act No. 19234, Mar. 14, 2023

3　(　　　　　　　)

.

,　　　　　　　　　　　　　　　　.

,

.

.

30

,　　　　　　　　　　　　　　　　　　　　　　. *< 2023. 3. 14.>*

.

,

*. < 2020. 2. 4.>*

.

**Article 3 (Principles of Information Protection)**

(1) The personal information controller shall specify explicitly the purposes for which personal information is processed; and shall collect personal information lawfully and fairly to the minimum extent necessary for such purposes.

(2) The personal information controller shall process personal information in an appropriate manner necessary for the purposes for which the personal information is processed, and shall not use it beyond such purposes.

(3) The personal information controller shall ensure personal information is accurate, complete, and up to date to the extent necessary in relation to the purposes for which the personal information is processed.

(4) The personal information controller shall manage personal information safely according to the processing methods, types, etc. of personal information, taking into account the possibility of infringement on the data subject's rights and the severity of the relevant risks.

(5) The personal information controller shall make public its Privacy Policy under Article 30 and other matters related to personal information processing, and shall guarantee the data subject's rights, such as the right to request access to his or her personal information. *<Amended on Mar. 14, 2023>*

(6) The personal information controller shall process personal information in a manner to minimize the possibility of infringing the privacy of a data subject.

(7) If it is still possible to fulfill the purposes of collecting personal information by processing anonymized or pseudonymized personal information, the personal information controller shall endeavor to process personal information through anonymization, where anonymization is possible, or through pseudonymization, if it is impossible to fulfill the purposes of collecting personal information through anonymization. *<Amended on Feb. 4, 2020>*

(8) The personal information controller shall endeavor to obtain trust of data subjects by observing and performing such duties and responsibilities as provided for in this Act and other related statutes or regulations.

4  (                )

*. < 2023. 3. 14.>*

1.

2.                                          ,

3.                                                          (                              .

)

4.                              ,

5.

6.

**Article 4 (Rights of Data Subjects)**

A data subject has the following rights in relation to the processing of his or her own personal information: *<Amended on Mar. 14, 2023>*

1. The right to be informed of the processing of such personal information;

2. The right to determine whether or not to consent and the scope of consent regarding the processing of such personal information;

3. The right to confirm whether personal information is being processed and to request access (including the provision of copies; hereinafter the same applies) to and transmission of such personal information;

4. The right to suspend the processing of, and to request correction, erasure, and destruction of such personal information;

5. The right to appropriate redress for any damage arising out of the processing of such personal information through a prompt and fair procedure;

6. The right to refuse to accept a decision made through a fully automated processing of personal information or to request an explanation thereof.

Last updated : 2023-10-25