JIPYONG LLC
Jinhee Kim (CA Bar No. 238928)
26F, Grand Central A, 14 Sejong-daero
Jung-gu, Seoul 04527, Republic of Korea
Telephone: (213) 321-2479, +82-2-6200-1782
Facsimile: +82-2-6200-0811
jinheekim@jipyong.com

Attorney for Non-Party John Doe Movant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF<br><br>THE BORN KOREA, CO. LTD.,<br><br>           Applicant | CASE NO. 5:25-mc-80388-PCP<br><br>**DECLARATION OF DAYE SUNG IN SUPPORT OF NON-PARTY JOHN DOE MOVANT'S MOTION TO QUASH SUBPOENA TO GOOGLE LLC** |

DECLARATION OF DAYE SUNG ISO MOTION TO QUASH SUBPOENA

I, Daye Sung, declare as follows:

1. I am not a party to the action and am over 21 years of age. This declaration is being submitted in support of Non-Party John Doe Movant's Motion to Quash Subpoena to Google LLC.

2. I am a Paralegal at Jipyong LLC. My work address is 26F, Grand Central A, 14 Sejong-daero, Jung-gu, Seoul 04527, Republic of Korea.

3. I speak, read, and write both English and Korean fluently.

4. I hold a Bachelor's degree in English Language and Literature from Yonsei University and a Master's degree in Advanced Interpreting & Translation from Chung-Ang University.

5. I have worked as a professional translator for eight (8) years. I have extensive experience in translating both legal and non-legal documents from Korean into English and vice-versa.

6. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

7. Attached herewith as Exhibit A is a true and accurate translation of the document attached to the Declaration of Jinhee Kim dated February 23, 2026 filed concurrently with this declaration ("JK Decl.") as Exhibit B, which I prepared on February 20, 2026 to the best of my knowledge and ability.

8. Attached herewith as Exhibit B is a true and accurate translation of the document attached to JK Decl. as Exhibit C, which I prepared on February 20, 2026 to the best of my knowledge and ability.

9. Attached herewith as Exhibit C is a true and accurate translation of the document attached to JK Decl. as Exhibit F, which I prepared on February 20, 2026 to the best of my knowledge and ability.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I executed this declaration on February 23, 2026 in Seoul, Republic of Korea.

DECLARATION OF DAYE SUNG ISO MOTION TO QUASH SUBPOENA

Dated: February 23, 2026

D. Sang

Daye Sung

2

DECLARATION OF DAYE SUNG ISO MOTION TO QUASH SUBPOENA

# EXHIBIT A

**From:**          LIWU (Litigation) <litigation@liwulaw.com>

**Sent:**          Friday, June 13, 2025 2:53 PM

**To:**            arazzi359@gmail.com

**Cc:**            Kyongsok Chong

**Subject:**       [LIWU Law Group] THE BORN KOREA (Jong Won Paik) - Warning Letter

**Attachments**:   Warning Letter(The Born Korea-Araboja)250613.pdf

Greetings, this is LIWU Law Group.

LIWU Law Group (Attorney Kyongsok Chong), acting on behalf of THE BORN KOREA (Jong Won Paik), hereby sends you the attached warning letter, and requests that you immediately comply with the requests set forth in the warning letter.

Thank you.


**LIWU Law Group**

Litigation Team

**A.** 3F and 5F, Yangjin Building, 138 Banpo-daero (Seocho-dong), Seocho-gu, Seoul

---

**Disclaimer**

Only the designated recipients may use this email and its attachments. Furthermore, this email and its attachments are not intended for public disclosure and shall not be used, disclosed, or distributed without authorization under any circumstances. If you are not the designated recipient, please immediately notify the sender of this fact by reply email and then completely delete this email and its attachments.

# EXHIBIT B

# LIWU
## Law Group

3F and 5F, Yangjin Building, 138 Banpo-daero, Seocho-gu, Seocho-gu, Seoul, 06595
telephone 82 2 524 9600          facsimille 82 2 524 9696
www.liwulaw.com     litigation@liwulaw.com

June 13, 2025

| | |
|---|---|
| To: | Operator of Araboja |
| | E-mail address: arazzi359@gmail.com |
| From: | Liwu Law Group [Attorneys: <u>Kyongsok Chong &lt;Primary Sender&gt;</u>, Seonghoon Huh, Hyungseok Jin] |
| | 3F and 5F, Yangjin Building, 138 Banpo-daero, Seocho-gu, Seoul |
| | Tel.: 02-524-9600, E-mail: litigation@liwulaw.com |
| | Client: The BORN Korea, Co. Ltd., Jong Won Paik |
| Subject: | Re: Request for Deletion and Suspension of Posting of Video Content and Warning |

1. On behalf of our clients and as authorized by them, we, at this law firm, hereby request and warn you as follows.

2. Since approximately April 2025, on the YouTube channel you operate, "Araboja" (www.youtube.com/@arazzi, hereinafter "the Channel"), you have posted approximately 50 videos and posts containing false information for the purpose of slandering our clients, thereby continuously engaging in defamation and interference of our clients' business

3. We are the first law firm in Korea to have verified the identity of the anonymous operators of the so-called "Cyber Wrecker" YouTube channels, the prime examples of which include individuals known as "Taldeok Camp" and "PPKKa", and to have imposed civil and criminal liability on them. Furthermore, we have continuously secured the identities of the operators of numerous anonymous YouTube channels and overseas platform accounts to hold them legally accountable, and we have determined that your acts also constitute a similar type of serious illegal act.

**1 / 3**

LIWU

Law Group

4.  We, acting on behalf of our clients, are preparing to initiate an identity verification action against you, i.e., conducting discovery before a U.S. court to ascertain your identity and initiate civil and criminal proceedings. However, we hereby request and warn you that you: **(1) immediately delete and set to private the videos and posts you have posted on the Channel in relation to our clients upon receipt of this letter; (2) permanently cease from posting any additional related videos and posts; and (3) post an apology on the Channel community tab. In particular, the apology must include the matters set forth in (2) and must be posted within three days of your receipt of this email. Should you fail to comply within this deadline, our clients will immediately commence litigation against you.**

5.  We and our clients have collected and secured all evidentiary materials (such as videos) regarding your illegal acts of defaming our clients and obstructing their business. Therefore, even if you delete all video materials and posts, it will not hinder our clients from pursuing a lawsuit for identity verification and legal actions against you. However, if you voluntarily delete the video materials and posts related to our clients at this time and faithfully comply with each of the requirements in Paragraph 4, this will be deemed a desirable measure for the prompt resolution and amicable conclusion of the dispute.

6.  Should you have any questions regarding the content of this letter, please contact the attorney in charge of this matter at our firm (Attorney Kyongsok Chong, 02-524-9600, litigation@liwulaw.com).

LIWU
Law Group

LIWU Law Group
Attorney          Kyongsok Chong          (seal)
Attorney          Seonghoon Huh          (seal)
Attorney          Hyungseok Jin          (seal)

# EXHIBIT C

**From:**     Kyongsok Chong <kschong@liwulaw.com>

**Sent:**     Friday, June 20, 2025 8:06 PM

**To:**     arazzi359@gmail.com

**Subject:**     Re: [LIWU Law Group] THE BORN KOREA (Jong Won Paik) - Warning Letter

Dear Operator of the Youtube Channel "Araboja",

We thank you for promptly complying with the requests set forth in the warning letter dated June 13, 2025, sent by us on behalf of our client, The BORN Korea, Co. Ltd. However, our client, The BORN Korea, Co. Ltd., expresses its grave concerns regarding the irreparable social condemnation and defamation that have already occurred due to your posts, as well as the immense business losses and damages suffered by its franchisees and others as a result thereof. Therefore, our client maintains that your above compliance actions alone are insufficient to close this matter and believes that more responsible measures must be taken to prevent the recurrence of similar incidents in the future. Accordingly, please contact the representative from The BORN Korea Co., Ltd. below to discuss additional follow-up procedures and remedial measures. Please be advised that The BORN Korea, Co. Ltd. does not yet consider this matter to be finally resolved, and should you fail to cooperate with the additional follow-up procedures by June 30, 2025, The BORN Korea, Co. Ltd. is also considering pursuing separate legal action to hold you liable under civil and criminal law.

- Contact Person: [REDACTED], The BORN Korea Co., Ltd.
- Tel.: [REDACTED]
- E-mail: [REDACTED]

sent by LIWU (Litigation) <litigation@liwulaw.com> on June 13, 2025 (Fri.), 2:53 pm

Greetings, this is LIWU Law Group.

LIWU Law Group (Attorney Kyongsok Chong), acting on behalf of THE BORN KOREA (Jong Won Paik), hereby sends you the attached warning letter, and requests that you immediately comply with the requests set forth in the warning letter.

Thank you.

**LIWU Law Group**

Litigation Team

**A.** 3F and 5F, Yangjin Building, 138 Banpo-daero (Seocho-dong), Seocho-gu, Seoul

---

**Disclaimer**

Only the designated recipients may use this email and its attachments. Furthermore, this email and its

attachments are not intended for public disclosure and shall not be used, disclosed, or distributed without authorization under any circumstances. If you are not the designated recipient, please immediately notify the sender of this fact by reply email and then completely delete this email and its attachments.