Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:    (671) 777-0581
Email:          cmakototaitano@taitano.us.com

*Attorney for Applicant*
*The Born Korea, Co. Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | ) |
| | ) Case Number: 25-mc-80388-PCP |
| The Born Korea, Co. Ltd., | ) |
| | ) **JOINT ADMINISTRATIVE MOTION** |
| Applicant. | ) **FOR REMOTE APPEARANCE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Civil Local Rule 7-11 and this Court's Civil Standing Order, the Applicant The Born Korea, Co. Ltd. (hereinafter "**Applicant**") and Non-Party John Doe Movant (hereinafter "**Doe**", and collectively with the Applicant "**Parties**") respectfully move for an order permitting counsel for the Parties to appear remotely via Zoom at the currently scheduled April 9, 2026 hearing on the Motion of Non-Party John Doe Movant to Quash Subpoena to Google LLC.

Good cause exists for remote appearance. Counsel for both the Applicant and Doe are located outside the Northern District of California, and in-person appearance would require significant travel. Allowing remote appearance would reduce the Parties' burden and expense while still permitting full participation in the hearing.

*25-mc-80388-PCP*
*Joint Administrative Motion for Remote Appearance*

This motion is made more than one week in advance of the scheduled hearing and complies with this Court's Standing Order regarding requests for remote appearances.

For the reasons set forth herein, the Parties respectfully request that their counsel be allowed to participate via Zoom in the April 9, 2026 hearing on the Motion of Non-Party John Doe Movant to Quash Subpoena to Google LLC.

Dated: March 26, 2026                          **TAITANO & TAITANO LLP**

                                               By: /s/ Carlos M. Taitano
                                               Carlos M. Taitano
                                               Attorney for Applicant
                                               The Born Korea, Co. Ltd.

Dated: March 26, 2026                          **JIPYONG LLC**

                                               By: /s/ Jinhee Kim
                                               Jinhee Kim
                                               Attorney for
                                               Non-Party John Doe Movant

*25-mc-80388-PCP*
*Joint Administrative Motion for Remote Appearance*

**FILER'S ATTESTATION OF CONCURRENCE**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am counsel for the Applicant The Born Korea, Co. Ltd. As the ECF user and filer of this document, I attest that the other signatories have concurred in the filing of this document.

Respectfully Submitted,

Dated: March 26, 2026.

 /s/  Carlos Makoto Taitano
CARLOS MAKOTO TAITANO
Attorney for Applicant
The Born Korea, Co. Ltd.

*25-mc-80388-PCP*
*Joint Administrative Motion for Remote Appearance*