Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:    214 978 3081
Facsimile:    214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:    310 201 4728
Facsimile:    310 201 4721

Attorneys for Non-Party
Google LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO COURTHOUSE

IN RE EX PARTE APPLICATION OF THE BORN KOREA, CO. LTD.

    Applicant.

Case No. 5:25-mc-80388-PCP

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING USE OF DISCOVERY**

Before the Honorable Judge P. Casey Pitts
Courtroom 8 – 4th Floor
United States Courthouse
280 South First Street
San Jose, CA  95113

Applicant The Born Korea, Co. Ltd. (hereinafter "Applicant"), and the subpoenaed non-party Google LLC ("Google"), by and through their undersigned counsel, stipulate and agree as follows:

**WHEREAS,** Applicant filed an application pursuant to 28 U.S.C. § 1782 ("Application") seeking to conduct discovery for use in aid of the civil proceedings pending against anonymous users filed in the Seoul Central District Court in South Korea, pursuant to Articles 750 and 751 of the Civil Act of the Republic of Korea. *See* ECF No.1. Applicant seeks identifying information sufficient to show name(s), date(s) of birth, address(es), email address(es), and telephone number(s) of the ACCOUNTS (as that term is defined in the subpoena) and the Google Ads accounts, Google AdSense accounts, and Google Pay accounts that are registered to, linked to, or otherwise associated to the ACCOUNTS (hereinafter "Target Accounts").  Further, Applicant seeks identifying information associated with financial information registered to, linked to, or otherwise associated to the Target Accounts. Finally, Applicant seeks documents sufficient to show ten access logs (dates, times, IP addresses, and port numbers) of the ACCOUNTS that were recorded immediately prior to the date Google responded to the request.

**WHEREAS**, on January 23, 2026, this Court gr anted the Application and permitted Applicant to serve a subpoena to Google in connection with that Application. ECF No. 5.

**WHEREAS**, on January 28, 2026, Applicant served a subpoena upon Google, a true and correct copy of which is attached hereto as **Exhibit A** ("Subpoena");

**WHEREAS**, on February 11, 2026, Google served Applicant with Responses and Objections to the Subpoena, a true and correct copy of which is attached hereto as **Exhibit B**; and

**WHEREAS**, the Parties have conferred via email correspondence on February 12, 2026, and February 16, 2026, and agree to limit the use of discovery from Google in response to the Subpoena as set forth below.

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to approval by the Court, that:

**1.**     Google will produce identified non-content subscriber information responsive to the Subpoena ("Google Disclosures") subject to its Responses and Objections.

**2.**    The Google Disclosures should include, but are not limited to, identified documents sufficient to identify the name(s), date(s) of birth, address(es), email address(es), and other contact information of the person(s) associated with the Target Accounts. The Google Disclosures should also include identified documents sufficient to show bank names and account numbers of bank accounts registered to the Target Accounts, if any, as well as identified documents sufficient to show IP access logs of the accounts that were recorded immediately prior to the date Google responded to the request.

**3.**    Applicant shall use the information contained in the Google Disclosures only in the civil proceedings in Korea. Applicant shall not be permitted to use Google Disclosures in any other proceedings outside the Korean lawsuits.

**4.**    Google and Applicant otherwise reserve all rights, arguments, objections, and defenses they may have, and their entry into this Stipulation shall not impair or otherwise affect any such rights, arguments, objections, and defenses.

Respectfully Submitted

Dated: March 2, 2026                **BAKER & McKENZIE LLP**

By: _/s/ Byron R. Tuyay_
Nicholas O. Kennedy
Byron R. Tuyay
Attorneys for Non-Party
GOOGLE LLC

Dated: March 2, 2026                **TAITANO & TAITANO LLP**

By: _/s/ Carlos M. Taitano_
Carlos M. Taitano

Attorney for Applicant
The Born Korea, Co. Ltd.

\*\*\*\*\*

## FILER'S ATTESTATION OF CONCURRENCE

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am counsel for Non-Party Google LLC. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Respectfully Submitted,

Dated: March 2, 2026                    **BAKER & McKENZIE LLP**

By: _/s/ Byron R. Tuyay_
      Nicholas O. Kennedy
      Byron R. Tuyay
      Attorneys for Non-Party
      GOOGLE LLC

\*\*\*\*\*

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___May 11, 2026___          _____
                                                    Hon. Judge P. Casey Pitts
                                                    U.S. District Court Judge